1

LAW OFFICES OF RICHARD A. LOVE
RICHARD A. LOVE (#61944)
KATHLEEN M. ERSKINE (#223218)
11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
Telephone:    (310) 477-2070
Facsimile:    (310) 477-3922
Email:  rlove@love-law.net
        kerskine@love-law.net

Attorneys for Plaintiff
BRYAN FICKETT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| BRYAN FICKETT, an individual, | ) | CASE NO.  CV 10-5144 JF (HRL) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ~~[PROPOSED]~~ |
| | ) | |
| SOLAICX, a California corporation, | ) | ORDER ON JOINT STIPULATION TO |
| | ) | CONTINUE DATE OF CASE |
| Defendant. | ) | MANAGEMENT CONFERENCE |
| | ) | |
| | ) | |
| | ) | |
| | ) | CMC Date:    March 4, 2011 |
| | ) | CMC Time:    10:30 a.m. |
| | ) | Location:    Courtroom 3, Fifth Floor |
| | ) | |

1

<u>ORDER</u>

The parties to this matter having entered into and filed a Joint Stipulation to Continue Date of Case Management Conference, and good cause appearing therefore,

IT IS HEREBY ORDERED:

1)      The Case Management Conference presently scheduled to take place March 4, 2011 at 10:30 a.m. is continued to March 18, 2011 at 10:30 a.m.

DATED: ___3/3_____2011

_____
Hon. Jeremy Fogel, Judge
United States District Court

2