*E-FILED 08-30-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BRYAN FICKETT, | No. C10-05144 JF (HRL) |
|     Plaintiff, | **ORDER RE PLAINTIFF'S MOTION TO RETAIN CONFIDENTIALITY** |
| v. | |
| SOLAICX, | |
|     Defendant. | |

Plaintiff has, by noticed motion, presented a dispute over the claimed confidentiality of certain deposition testimony. Because briefing on that motion is complete, this court will consider the matter. However, unless otherwise ordered by this court after review of the papers, the matter will not be set for a hearing. And, for <u>all</u> future disputes over any discovery- or disclosure-related matter, the parties are reminded that they shall comply with the undersigned's Standing Order re Civil Discovery Disputes. Absent leave of court, any future formal noticed motions may not be filed and, if filed contrary to this court's standing order, will not be heard.

SO ORDERED.

Dated: August 30, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-05144-JF Notice has been electronically mailed to:

2  Kathleen Marie Erskine     kerskine@love-law.net

3  Lisa Marie Pooley     lpooley@hansonbridgett.com, aghiorso@hansonbridgett.com, calendarclerk@hansonbridgett.com, twilliams@hansonbridgett.com

4

5  Richard A. Love     rlove@love-law.net, arittenhouse@love-law.net

6  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.