```
LOVE & ERSKINE, LLP
RICHARD A. LOVE (#61944)
KATHLEEN M. ERSKINE (#223218)
11601 Wilshire Boulevard, Suite 2000
Los Angeles, California 90025
Telephone:    (310) 477-2070
Facsimile:    (310) 477-3922
Email:  rlove@love-law.net
        kerskine@love-law.net

Attorneys for Plaintiff
BRYAN FICKETT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN FICKETT, an individual, | CASE NO. CV 10-5144 WHA ENE |
| Plaintiff, | [~~PROPOSED~~] |
| vs. | ORDER ON PLAINTIFF BRYAN FICKETT'S REQUEST FOR EXTENSION OF DATE OF NON-EXPERT DISCOVERY CUT-OFF PURSUANT TO NOVEMBER 9, 2011 ORDER ON DISCOVERY DISPUTES |
| SOLAICX, a California corporation, | |
| Defendant. | |
| | Filed Concurrently: [~~PROPOSED~~] ORDER |
| | Case Filed: November 11, 2010 |
| | Trial Date: July 9, 2012 |

Plaintiff Bryan Fickett's ("plaintiff") Request for Extension of Date of Non-Expert Discovery Cut-off Pursuant to November 9, 2011 Order on Discovery Disputes was submitted to this Court, the Honorable William H. Alsup, Judge, presiding. The Court having read and considered the request submitted by plaintiff, and good cause appearing, the Court hereby orders:

////

////

////

1

[PROPOSED] ORDER ON PLAINTIFF BRYAN FICKETT'S REQUEST FOR EXTENSION OF DATE OF
NON-EXPERT DISCOVERY CUT-OFF PURSUANT TO ORDER ON DISCOVERY DISPUTES
CV 10-5144 WHA ENE

1     The non-expert discovery cut-off in this matter shall be extended by 30 days, to May 30, 2012.

    IT IS SO ORDERED.

Dated: November 29, 2011.

_____
William Alsup
UNITED STATES DISTRICT JUDGE

Submitted by:

LOVE & ERSKINE, LLP


   /s/ Richard A. Love
Richard A. Love
Attorneys for Plaintiff

2

[PROPOSED] ORDER ON PLAINTIFF BRYAN FICKETT'S REQUEST FOR EXTENSION OF DATE OF NON-EXPERT DISCOVERY CUT-OFF PURSUANT TO ORDER ON DISCOVERY DISPUTES
CV 10-5144 WHA ENE